RECEIVED
2005 DEC 14 A 9:25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Sonja E. Whittow )
_____ )
Full name and prison number of )
plaintiff(s) )
 )
 ) CIVIL ACTION NO. 3:05CV1188-T
v. ) (To be supplied by the Clerk of the
 )  U.S. District Court)
Lekirha Presley )
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (✓)   No ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) Sonja Elaine Whittow
      Defendant(s) Lekirha Presley, Gregory Morgan, Rhonda Bryant

   2. Court (if federal court, name the district; if state court, name the county)
      Ala. dale District Court (Lee co.)

   3. Docket No. forgot

   4. Name of Judge to whom case was assigned Charles S. Cordy

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _Dismissed Lack of Evidence_

6. Approximate date of filing lawsuit _May 2005_

7. Approximate date of disposition _June_

II. PLACE OF PRESENT CONFINEMENT _Opelika Police Department_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Opelika Police Department, Mental Health Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Leskisa Presley | Lambert Dr Opelika AL 36801 |
| 2. | East Ala Med of Health | Opelika, AL 36801 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Oct 29, 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Denied for well-being_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_Lee County Justice Center [illegible] the [illegible] and give me a [illegible] Presley [illegible] to be released_

-2-

GROUND TWO: Denied the right to a fair trial

SUPPORTING FACTS: She wasn't allowed to ask ~~[illegible crossed out text]~~

GROUND THREE: inadmissible evidence

SUPPORTING FACTS: The Judge asked the officer's ~~[illegible crossed out text]~~ said condoms wrapper ~~[illegible]~~ bring any to court

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff is requesting $10,000.00 dollars monitary damages

_Sonja E. Whitlow_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-13-05
          (date)

_Sonja Elaine Whitlow_
Signature of plaintiff(s)

11-20-2005

habe he problem
Stated before the officer Mrs. Isbell that she don't work for mental health but she wears the tag in public. The witness, they talking about abusing me in a group home, so they came continued to steal my benefits. I don't get money to buy my personal hygiene a week. Someone told me she know some drugs from a just drug dealer. I remember the once asking me about them when I said "I told you" what she said "I've seen [illegible]" but I would have not believe it would have been on that level. She and [illegible] at phelix city jail, Ms. [Isbell] spotted at 3604, SW South 19th street. Witness she said she don't work for mental health then who do you work for.