IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SONJA E. WHITLOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-1188-MHT |
| | ) |
| LEKISHA PRESLEY, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the plaintiff on December 14, 2005 (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 10th day of January, 2006.

         /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE