IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

SONJA ELAINE WHITLOW,  )
                       )
   Plaintiff,          )
                       )
                             )    CIVIL ACTION NO.
   v.                  )     3:05cv1188-MHT
                       )
LEKISHA PRESLEY,       )
                       )
   Defendant.          )

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to United States Magistrate Judge Charles S. Coody for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 24th day of January, 2006.

                              /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE