IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SONJA ELAINE WHITLOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv1188-MHT |
| | ) |
| LEKISHA PRESLEY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On January 30, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to prosecute this action and her failure to comply with the orders of the court.

Done this the 21st day of February 2006.

                                         /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE